UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE WILLIAMS,

        Defendant.

_____/

Case No. 1:05-cr-231-01

Hon.  Paul D. Borman

**ORDER**

This matter is before the Court on Defendant Lawrence Williams' Motion to Suppress.  For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Defendant Lawrence Williams' Motion to Suppress (Dkt. No. 11) is **GRANTED**.

Dated in Kalamazoo:
March 8, 2006

 s/Paul D. Borman
PAUL D.  BORMAN
UNITED STATES DISTRICT JUDGE